1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Courthouse
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:07-cr-00036-LJO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING AND |
| JESUS PONCE, | ) | ORDER THEREON |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the sentencing hearing currently set for **August 3, 2007** may be continued to **August 24, 2007 at 9:00 a.m.**

This request is being made due to the fact that additional information needs to be obtained prior to sentencing and this has not been completed due to scheduling conflicts. This information

//
//
//
//
//
//
//

is beneficial to both the defendant and the government.  As this is a sentencing, the exclusion of time is not an issue.

Dated: August 1, 2007                                  McGREGOR W. SCOTT
                                                       United States Attorney


                                                       By: /s/ Laurel J. Montoya
                                                       LAUREL J. MONTOYA
                                                       Assistant U.S. Attorney


Dated: August 1, 2007                                   /s/ Robert S. Wynne
                                                       ROBERT S. WYNNE
                                                       Attorney for the Defendant


<u>ORDER CONTINUING HEARING DATE</u>

   IT IS SO ORDERED.

DATED: __August 2, 2007                    /s/    Lawrence J. O'Neill
                                           HONORABLE LAWRENCE J. O'NEILL
                                           United States District Court Judge