**FILED**

MAY 20 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | No. 1:07CR00036-001 LJO |
| vs. | ORDER OF RELEASE |
| JESUS PONCE, | |
| Defendant. | |

The above named defendant having been sentenced on May 19, 2014, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released on Wednesday, May 21, 2014 to a representative of the Westcare Residential Drug Treatment Program. A certified Judgment and Commitment order to follow.

Dated: May 20, 2014

_____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1