

FILED

SEP 21 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
       Plaintiffs,               )    No. 1:07-CR-00036-001 LJO
                                 )
vs.                              )    ORDER OF RELEASE
                                 )
JESUS PONCE,                     )
                                 )
       Defendant.                )
_____)

A sentencing hearing regarding violation of supervised release was held September 21, 2015. The defendant shall be released on Monday, September 21, 2015 with the same previously ordered conditions of supervised release issued on May 19, 2014.

The defendant shall report to Probation Officer Rick Tarazon on Tuesday, September 22, 2015.

Status Conference set for March 21, 2016 at 8:30am. before Judge O'Neill.

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

DATED: September 21, 2015            _____
                                     HONORABLE LAWRENCE J. O'NEILL
                                     UNITED STATES DISTRICT JUDGE

1